| | | | |
|---|---|---|---|
| Kent v. State<br>2017 MT 193N | DA 17-0325<br>Affirmed | 08/08/17 | Dist. 1 (Lewis and Clark) |
| Jenkins v. U.S.<br>Bank, et al.<br>2017 MT 194N | DA 16-0732<br>Affirmed | 08/08/17 | Dist. 4 (Missoula) |
| Hilton v. State<br>2017 MT 195N | DA 16-0352<br>Affirmed | 08/08/17 | Dist. 17 (Phillips) |
| Warner v. 11th Jud.<br>District Court | OP 17-0429<br>Denied | 08/08/17 | Original Proceeding<br>Supervisory Control |
| Wilson v. Fletcher | OP 17-0431<br>Denied | 08/08/17 | Original Proceeding<br>Habeas Corpus |
| Hall v. Michael | OP 17-0277<br>Denied | 08/08/17 | Original Proceeding<br>Habeas Corpus |
| State v. Kokot<br>2017 MT 198N | DA 15-0723<br>Aff'd in part<br>Rev. in part | 08/15/17 | Dist. 18 (Gallatin) |
| State v. Brunell<br>2017 MT 199N | DA 14-0630<br>Affirmed | 08/15/17 | Dist. 3 (Deer Lodge) |
| State v. Farr III<br>2017 MT 200N | DA 15-0536<br>Affirmed | 08/15/17 | Dist. 8 (Cascade) |
| Hark v. Quirk<br>Cattle Co.<br>2017 MT 201N | DA 16-0740<br>Affirmed | 08/15/17 | Water Court |
| Matter of M.R.C.,<br>YINC<br>2017 MT 202N | DA 17-0081<br>Affirmed | 08/15/17 | Dist. 8 (Cascade) |
| Reber v. Kowalski | OP 17-0451<br>Denied | 08/15/17 | Original Proceeding<br>Habeas Corpus |
| Amtrust Ins. v.<br>WCC | OP 17-0457<br>Denied | 08/15/17 | Original Proceeding<br>Supervisory Control |
| Kelly, et al. v. 11th<br>Jud. District Ct. | OP 17-0407<br>Denied | 08/15/17 | Original Proceeding<br>Supervisory Control |